UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESS-LEE VACHNINE,

        Plaintiff,

-against-

MYVAPORSTORE LLC,

        Defendants.

23-CV-2486 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Ness-Lee Vachnine filed his Complaint on March 23, 2023 (Dkt. 1), and served defendant Myvaporstore LLC on April 4, 2023, making defendant's answer due April 25, 2023. (Dkt. 7.) Defendant has not appeared through counsel and no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **May 26, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       May 22, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**